# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**AVA'S DELIGHTS, LLC,**

      **Plaintiff,**

v.                                                                    Case No: 6:20-cv-1380-PGB-LHP

**ECOVIEW AMERICA, JAMES DOBYNE, CORY SMITH and COASTAL HOME & PATIO, LLC,**

      **Defendants.**

_____/

## ORDER

This cause is before the Court on Plaintiff's Motion for Clarity. (Doc. 79). The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Pursuant to the parties' joint stipulation of dismissal, all claims, counterclaims, and third-party claims are hereby **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on February 28, 2022.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

Unrepresented Parties

Case 6:20-cv-01380-PGB-LHP Document 80 Filed 02/28/22 Page 2 of 2 PageID 1874